IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Karla Fulmore, | ) | Civil Action No's.: 4:16-CV-01863-RBH |
| Andjoura Pressley, | ) | 4:16-CV-01864-RBH |
| Janey Sow, | ) | 4:16-CV-01865-RBH |
| Plaintiffs, | ) | |
| vs. | ) | |
| Wal-Mart Stores East, LP, | ) | |
| Defendant. | ) | |

**CONSENT ORDER SUBSTITUTING PROPER PARTY**

According to information supplied by attorneys for the Defendant, the Plaintiffs have become aware that they have misnamed the Defendant in their pleadings and other papers filed with this Court in the above captioned cases. The parties hereto and their attorneys hereby consent to henceforth substitute the proper party, Wal-Mart Stores East, LP. All further pleadings and papers shall identify the Defendant as Wal-Mart Stores East, LP in the caption.

IT IS SO ORDERED

December 12, 2017  
Florence, South Carolina

_____  
s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

s/Raymond C. Fischer  
_____  
William Stuart Duncan  
Raymond C. Fischer, Fed Bar #822  
PO Box 736  
1001 Front Street  
Georgetown, SC 29442  
Wsdlaw1@aol.com  
Rfischer@lawyer.com  
Attorneys For Plaintiffs

s/Regina H. Lewis  
Regina H. Lewis, FED ID # 7553  
Randi Lynn Roberts, FED ID #12462  
Gaffney Lewis and Edwards, LLC  
3700 Forest Drive, Suite 400  
Columbia, SC 29204  
803-790-8838  
rlewis@glelawfirm.com  
rroberts@glelawfirm.com  
Attorneys for Defendant